**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1032

In re: JIBRIL LUQMAN IBRAHIM,

        Petitioner.

On Petition for Writ of Mandamus. (8:22-cv-00462-GJH)

Submitted: February 16, 2023             Decided: March 23, 2023

Before WILKINSON and RUSHING, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Jibril Luqman Ibrahim, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

    Jibril Luqman Ibrahim petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his February 24, 2022 civil complaint. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court dismissed as frivolous Ibrahim's case in its entirety on February 6, 2023. Accordingly, because the district court has recently dismissed Ibrahim's complaint, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*